# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00077-CV

### Laszlo Herczeg, Appellant

### v.

### 5005 SSR, LLC, Appellee

---

**FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-19-002982, THE HONORABLE DANIELLA DESETA LYTTLE,
JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

After this Court granted appellant's multiple motions requesting an extension of time to file his brief, appellant's brief was due April 16, 2026. On May 12, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that failure to file a satisfactory response by May 22, 2026, would result in the dismissal of this appeal for want of prosecution. To date, appellant filed neither a brief nor a response to the notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Ellis

Dismissed for Want of Prosecution

Filed: May 28, 2026